UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:13-cr-00158-JAW |
| | ) | |
| KEVIN LEE ROSS | ) | |

## SPEEDY TRIAL ORDER

This matter comes before the Court upon the Defendant's motions to continue trial and to enlarge the time for filing pretrial motions. Defendant has requested that the trial date be moved from November 5, 2013, to the December 2013 trial date, and that the motion deadline be extended from October 10, 2013 to October 25, 2013. Counsel for Defendant states the following as the basis for these extensions: Additional time is required to complete a review of the discovery to determine whether any motions are necessary and to prepare and consult with the Defendant.

The Defendant waives his rights to a speedy trial for the periods of time sought for continuance and requests the time sought be excludable under 18 U.S.C. § 3161.

The Government does not object to the granting of defendant's motions.

After full consideration of the representations of the parties in this case and after full consideration of the record in this case, the court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the Court can and does find that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS HEREBY ORDERED THAT:

1. The Defendant's Motions are hereby GRANTED.

2. The time period between October 10, 2013 and October 25, 2013 for pretrial

motions and November 5, 2013 and December 3, 2013 is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq.*

**SO ORDERED.**

Dated this 11th day of October, 2013.

<u>/s/John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
CHIEF U.S. DISTRICT JUDGE