UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:13-cr-158-JAW |
| KEVIN LEE ROSS, | ) ) ) | |
| Defendant | ) | |

**RECOMMENDED DECISION ON MOTION TO SUPPRESS**

On October 25, 2013, Defendant Kevin Lee Ross filed a motion to suppress all statements he made to investigating officers on July 26, 2011. (Motion, ECF No. 18.) The United States initially opposed the motion (Response, ECF No. 23) and the Court referred the motion for hearing, report, and recommendation. Today, the United States filed a notice withdrawing its opposition to the motion to suppress. (ECF No. 29.) Accordingly, I recommend that the Court grant Ross's motion to suppress[1] and suppress all statements he provided to law enforcement on July 26, 2011, from use by the Government in its case in chief. Nothing in the order granting suppression would prevent the Government from using the statement for impeachment purposes should the defendant choose to testify at trial.

**NOTICE**

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, and request for oral argument before the

---

[1] The issue raised by the motion was whether or not the statements were obtained in violation of <u>Miranda</u>. Based upon the prehearing submission of exhibits and argument by counsel, there appeared to be a close question regarding the defendant's custodial status and his decision to remain silent at least until he consulted with counsel. The merits of the motion were not subject to determination without an evidentiary hearing. The Government's decision not to use the statements renders that process unnecessary.

district judge, if any is sought, within fourteen (14) days of being served with a copy thereof. A responsive memorandum and any request for oral argument before the district judge shall be filed within fourteen (14) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge

December 16, 2013